[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
June 13, 2007
THOMAS K. KAHN
CLERK

_____

No. 06-15131

_____

D. C. Docket No. 04-22305-CV-ASG

BOBBIE HOOD, JR.,

Petitioner-Appellee,

versus

SECRETARY FOR THE DEPARTMENT OF CORRECTIONS,
James McDonough,

Respondent-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

**(June 13, 2007)**

Before CARNES  and WILSON, Circuit Judges, and WALTER,* District Judge.

---

*Honorable Donald E. Walter, United States District Judge for the Western District of
Louisiana, sitting by designation.

PER CURIAM:

For the reasons that we discussed with counsel at oral argument, we are convinced that no part of the petitioner's ineffective assistance claim is unexhausted or procedurally barred, and the district court did not err in finding that the state court's determination regarding the prejudice prong was an unreasonable application of the principles set out in <u>Strickland v. Washington</u>, 466 U.S. 668 (1984).

AFFIRMED.